# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK, N.A.,

Appellant,

vs.

SATICOY BAY LLC SERIES 4952
MINERS RIDGE,

Respondent.

No. 68698

**FILED**

JAN 07 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. James Crockett, District Judge
John Walter Boyer, Settlement Judge
Tiffany & Bosco, P. A.
Law Offices of Michael F. Bohn, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-00491